# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MELVIN L. RICHARD

VERSUS

LAMORAK INSURANCE COMPANY, ET AL

NO.   2024 CW 0684

**NOVEMBER 4, 2024**

---

In Re:   Aerojet Rocketdyne, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 702275.

---

**BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.** The portion of the trial court's June 26, 2024 judgment, which denied the Motion for Summary Judgment filed by defendant, Aerojet Rocketdyne, Inc., is vacated. Plaintiff raised an objection to the evidence submitted by defendant with its Motion for Summary Judgment, and defendant raised objections to the evidence submitted by plaintiff with the opposition to defendant's Motion for Summary Judgment. However, the trial court failed to rule on the admissibility of such evidence. La. Code Civ. P. art. 966(D)(2) provides that the court shall specifically state on the record or in writing whether the court sustains or overrules the objections raised. This matter is remanded to the trial court for compliance with La. Code Civ. P. art. 966(D)(2), and a ruling on Aerojet's Motion for Summary Judgment, after determination of any evidentiary issues, pursuant to La. Code Civ. P. art. 966(C)(4).

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT